O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CLARENCE RAY BEAUFORD, | ) | Case No. CV 09-00831 DDP (ASx) |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER TO SHOW CAUSE RE: DISMISSAL OF ACTION** |
| OFFICER FUNICELLO, | ) ) | |
| Defendants. | ) ) | |

It has come to the Court's attention that Plaintiff has communicated to Defendant's counsel an intention to dismiss this action. Accordingly, Plaintiff is ordered to file, within thirty days of the date of this Order, a status report indicating his intentions with respect to this matter. Failure to comply with this Order shall result in dismissal of Plaintiff's Third Amended Complaint. The Court vacates the jury trial and all pending motion dates.

IT IS SO ORDERED.

Dated: June 29, 2016

DEAN D. PREGERSON
United States District Judge